

**Tracey K. Wishert**
Partner

Direct:
t: 973.451.8591
f: 973.538.1984
twishert@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

May 2, 2025

VIA ECF

Hon. Dale E. Ho, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **The Fresh Air Fund v. Illinois Employers Insurance of Wausau N/K/A Wausau General Insurance Company**
United States District Court, Southern District of New York
Case No.: 1:25-cv-03013

Dear Judge Ho:

This firm represents Defendant Illinois Employers Insurance of Wausau N/K/A Wausau General Insurance Company ("Defendant") with respect to the claims for extra-contractual damages in the above-referenced matter filed by Plaintiff The Fresh Air Fund ("Plaintiff").

We recently filed a motion to partially dismiss the Complaint pursuant to F.R.C.P 12(b)(6), (the "12(b)(6) motion") which is currently pending before the Court. Please be advised that, upon conferring with Plaintiff's counsel, Defendant has agreed to withdraw the 12(b)(6) motion without prejudice. Accordingly, we kindly request the Court withdraw the 12(b)(6) motion from the Court's pending docket.

If you have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

*s/Tracey K. Wishert*

Tracey K. Wishert

---

Application GRANTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 7.

SO ORDERED.

*Dale E. Ho*
Dale E. Ho
United States District Judge
Dated: May 2, 2025
New York, New York